**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 1639654 |
| ) | (Jointly Administered) |
| ARGON CREDIT, LLC, *et al.* ) | |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | Hon. Deborah L. Thorne |
| ) | |
| KAREN R. GOODMAN, the duly appointed ) and serving Chapter 7 Trustee for the estates ) of Argon Credit, LLC and Argon X, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. No. 18-00948 |
| v. ) | |
| ) | |
| RAVIV WOLFE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF BLUE TREBLE
SOLUTIONS LLC AND SEAN TOMASZKIEWICZ**

Karen R. Goodman (the "*Trustee*"), the duly appointed and serving chapter 7 trustee for the estates of Argon Credit, LLC and Argon X, LLC, Blue Treble Solutions LLC ("*Blue Treble*"), and Sean Tomaszkiewicz ("*Tomaszkiewicz*") by and through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as adopted by Rule 7041 of the Federal Rules of Bankruptcy Procedure, that the above-captioned adversary proceeding shall be dismissed with prejudice as to Blue Treble and Tomasckiewicz only, with each party to bear its own fees and costs. The parties consent to and authorize the filing of this stipulation on the Court's docket, and agree that such signatures shall be effective as original signatures for all purposes.

Dated:  December 21, 2021

| **BLUE TREBLE SOLUTIONS LLC AND SEAN TOMASZKIEWICZ** | **KAREN R. GOODMAN, CHAPTER 7 TRUSTEE** |
|---|---|
| By:  /s/ Paul M. Bauch<br>         One of Their Attorneys | By:   /s/ Elizabeth L. Janczak<br>         One of Her Attorneys |
| Paul M. Bauch, Esq.<br>Bauch & Michaels LLC<br>53 West Jackson Boulevard, Suite 1115<br>Chicago, Illinois 60604<br>Telephone: 312.588.5000<br>pbauch@bmlawllc.com | Shelly A. DeRousse, Esq.<br>Elizabeth L. Janczak, Esq.<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-6677<br>Telephone:  312.360.6000<br>sderousse@freeborn.com<br>ejanczak@freeborn.com |
| *Counsel for Defendants* | *Counsel for the Trustee* |